*Friday, October 27, 2000*

# RECONSIDERATION DOCKET

**00–1640.   State ex rel. Ohio Heritage Dev. Co. v. Portage Cty. Bd. of Elections.**
In Prohibition. Reported at 90 Ohio St.3d 1436, 736 N.E.2d 476. IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.